UNITED STATES DISTRICT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ) | | |
| BUDGET TRUCK RENTAL, LLC ) | | |
| ) | CASE NO.:    3:25-cv-00927 | |
| Plaintiff ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| WILFRED CANCEL ) | | |
| RAPHAEL BARROS, & ) | | |
| CNJ TRANSPORT, LLC ) | | |
| ) | JUNE 11, 2025 | |
| Defendants ) | | |
| ) | | |
| ) | | |

## COMPLAINT FOR DECLARATORY JUDGMENT

1. This is an action for declaratory judgment pursuant to the Federal Declaratory

Judgment Act, 28 U.S.C. § 2201.

### A.  PARTIES:

2. The plaintiff, Budget Truck Rental, LLC ("Budget Truck"), is a corporation and limited

liability company that does business in Connecticut, with a principal place of business in

Parsippany, New Jersey.

4. The defendant, Wilfred Cancel ("Cancel") is an individual who has a principal place of

residence in East Hartford, Connecticut.

5. The defendant, Raphael Barros ("Barros") is an individual who has a principal place of

residence in New Britain, Connecticut.

6. The defendant, CNJ Transport, LLC ("CNJ Transport") is a limited liability company

with a principal place of business located in Hartford, Connecticut.

### B.  JURISDICTION AND VENUE:

7. Jurisdiction is proper in this Court under 28 U.S.C. § 1332(a)(1) in that the plaintiff, Budget Truck, is a corporation of a state different than the defendants and the amount in controversy exceeds $75,000.00.

8. Venue is proper in this Court under 28 U.S.C. § 1391(a) because the defendants reside in this judicial district and because a substantial portion of the events, acts, or omissions giving rise to this action took place in this judicial district.

## C.  <u>FACTUAL ALLEGATIONS</u>:

9.  Budget Truck is a subsidiary of parent corporation Avis Budget Group, Inc. ("ABG").

10. On or before February 26, 2021 CNJ Transport leased a truck from Budget Truck Rental.

11. The truck in question was owned and registered by Suntrust Equipment Finance and Leasing Corp. ("Suntrust") and rented through Budget Truck's authorized agent, A&M Automotive, located at 430 Tolland Street, East Hartford, Connecticut 06108.

12. The truck was a 2019 white International model 3800SBA, with vehicle number 927031, and bore Oklahoma registration plate 3BZ473.

13. When renting the truck, CNJ Transport executed and signed the rental agreement (the "rental agreement") through operator and owner or CNJ Transport, Juan Ramirez. <u>Exhibit A</u>, *Rental Agreement with Terms and Conditions.*

14. The rental agreement provides in pertinent part, as follows:

### 4.  PROHIBITED USE OF TRUCK

Certain uses of the truck… you or an Authorized Additional Driver may do, or fail to do will violate the agreement.  A VIOLATION OF THIS PARAGRAPH, WILL AUTOMATICALLY TERMINATE YOUR RENTAL, AND IS AN EXCLUSION TO AND VOIDS ALL LIABILITY PROTECTION AND ANY OTHER OPTIONAL SERVICES YOU HAVE ACCEPTED, INCLUDING BUT NOT LIMITED TO

LIABILITY PROTECTION, SUPPLEMENTAL LIABILITY INSURANCE…  It is a violation of this paragraph if you use or permit the truck to be used as follows:

     a)    Recklessly…

     d)    Driven by anyone other than you or an authorized Additional Driver;….

## 5.  WHO MAY DRIVE THE TRUCK

You represent that you are a capable and validly licensed driver and that your license has not been suspended, revoked or restricted in any way.  In addition to you, **only** the following persons and no others are the Authorized Additional Drivers who may drive the truck: … c) <u>Commercial Rentals/BTR Account – (defined as your having an established commercial account with us) your employees, regular fellow employees,… with explicit permission</u>, provided that such business rental originates through the BTR Account.  YOU ARE AWARE THAT ANY DRIVER INCLUDING BUT NOT LIMITED TO, YOU AND ALL ADDITIONAL AUTHORIZED OWNERS MUST BE: AT LEAST 18 YEARS OF AGE, PROPERTY LICENSED AND QUALIFIED, WHICH MAY INCLUDE HAVING AN APPROPRIATE COMMERCIAL DRIVER'S LICENSE.  YOU UNDERSTAND THAT IT IS YOUR SOLE RESPONSIBILITY TO DETERMINE OR OBTAIN THE APPROPRIATE LICENSES, SIGNAGE AND DOCUMENTATION TO DRIVE THE TRUCK….

## 9.  BREACH OF AGREEMENT, HANDLING PROPERTY AND ASSOCIATED COSTS

If you do not honor your obligations under this agreement, in addition to our damages we will be entitled to reasonable costs, expenses, a reasonable administrative fee and attorney's fee to enforce this agreement…

## 16. LIABILITY PROTECTION, SUPPLEMENTAL LIABILITY INSURANCE AND INDEMNITY – D

A.  If the Truck is rented for personal use, and if there is no violation of this agreement by prohibited use (paragraph 4), we will provide limited liability protection for bodily injury (including death) and property damage to persons other than those excluded below, resulting from the use or operation of the Truck by you or any Additional Authorized Driver up to the minimum financial responsibility limits required by the financial responsibility laws of the jurisdiction in which the accident occurs applicable to truck owners. The limit for bodily injury sustained by one person includes any claim for the loss of that person's consortium or services. Where the law extends protection to a non-permitted driver, the same limits will apply. This protection will comply with the requirements of the financial responsibility laws of the jurisdiction in which the accident occurs applicable to truck owners by means of insurance, bond, certificate, self-insurance or other

means, or a combination thereof at our sole discretion, including all requirements as to notice and cooperation on your part or on the part of any driver, all of which are hereby made a part of this agreement. Where permitted by law, this liability protection will be secondary to any applicable insurance available to you or any other driver of or passenger in the Truck, from any other source, whether primary, excess, secondary or contingent in anyway and then this protection will apply only to the extent it is needed to meet, on a cumulative basis with all such insurance and/or other protection available, the minimum financial responsibility limits and/or minimum no fault benefit required by applicable law. You understand that unless required by applicable law this protection does not include coverage for: i) fines, penalties, punitive or exemplary damages, ii) bodily injury to or death of yourself, or driver of the Truck or any of your family members or of the driver's family members related by blood, marriage or adoption who resides with you or the driver, or to any other person who resides with you or the driver or any occupant of the truck; iii) defense against any claim after the applicable limits of this protection have been tendered; and iv) non-compulsory uninsured or underinsured motorist or motor truck insurance, supplemental no fault insurance or any other insurance that is optional or can be waived or rejected. We and you agree that to the extent permitted by law we and you waive [sic] be waived or rejected. We and you agree that to [sic] that to the extent permitted by law we and you waive and reject all such non-compulsory insurance that is optional or can be waived or rejected. We and you agree that to the extent permitted by law we and you waive and reject all such non-compulsory insurance. If there is a violation of a use restriction, but applicable law requires that we provide all or part of the protection described above, the same limitations apply. To the extent applicable law requires that we provide protection other than as described above, it will not exceed the minimum financial responsibility limits and/or, minimum no-fault benefits required by the laws of the jurisdiction in which the accident occurs.

B. If the truck is used for commercial (non-personal use) purposes, you will be required to select one of the liability coverages or provide a certificate of insurance pursuant to Paragraph 17 below.

C. BASIC LIABILITY INSURANCE (BLI)- When added to the Rental Agreement, Budget Truck Rental, LLC will extend its coverage to take primary position up to 100/300/25. Your own liability insurance will not be called on to contribute unless and until the 100/300/25 has been exhausted. This coverage extension comprises $10,000 bodily injury (one partly max) or $300,000 bodily injury (all parties max) and $25,000 for property damage (another vehicle, light pole, guard rail, etc.)

D. If you accept Supplemental Liability Insurance ("SLI") at the start of your rental and pay the SU fee stated on the Rental Document, then the higher

4

limits of liability protection provided limit of liability protection will be $1,000,000 for each person for bodily injury, death or property damage, but not more than $1,000,000 for each accident, instead of the minimum limits stated in paragraph 16A.  SLI will be provided to you and any Additional Authorized Driver under a separate policy of excess liability insurance more fully described in the brochure available at the rental counter; and is subject to all the conditions and limitations described in paragraph 16A, except that notwithstanding anything contained in this agreement the terms of the SLI policy will at all time control.  SLI is protection against claims from third parties ONLY, you understand that you will be responsible for all damages to the Truck unless you have elected to purchase PDW, LDW or CDW (see Paragraphs 13 and 14) or unless your personal car insurance policy covers such damage or loss.  Please speak with your insurance agent regarding the coverages under your policy.

E.  You agree to release, indemnify and hold us and our insurance carriers harmless from and against any and all expense (including attorney fees), damage and/or liability arising out of the use or operation of the Truck, which are: i) in excess of the limits of liability described in Paragraphs 16A, 16B, 16C or 16D or ii) which are excluded from coverage, or not otherwise covered under Paragraph16A, 16B, 16C or 16D.

F.  Subject to applicable law, the protection provided under Paragraphs 16A, 16B, 16C or 16D does NOT apply: (i) if the Truck is obtained, used, or operated in violation of Paragraph 4, (ii) to loss or damage to property owned by you, in the Truck or for any reason in your care, custody or control, and (iii) to any two dolly, car carrier, or trailer not rented from us or not attached to the Truck.

## 17.  COMMERCIAL ACCOUNT CUSTOMER PROVIDED INSURANCE

A.  If you are a commercial account customer you may elect to provide liability insurance instead of purchasing our liability coverage and damage waivers….

## 18.  INDEMNIFICATION AND WAIVER

You shall defend, indemnify and hold us, our parent and affiliated companies harmless from all losses, liabilities, damages, injuries, claims, demands, awards, costs, attorney fees, and other expenses incurred by us in any manner from this rental transaction or from the use of the truck by you or any person, including claims of, or liabilities to third parties.  You may present a claim to your insurance carrier for such events or losses, but in any event, you shall have final responsibility to us for all such losses.  You

waive any claim against us for incidental, special or consequential damages in connection with the rental.

15. The signed copy of the terms and conditions include customer initials showing that the Liability Protection limits were purchased, and as a result, limits were increased to the Supplemental Liability ("SLI") Coverage.

**D.    WILFRED CANCEL, RAPHAEL BARROS, AND CNJ TRANSPORT**

16. When renting the truck from the plaintiff, CNJ Transport, agreed to only permit authorized drivers to operate the vehicle as stated in the Rental Agreement.

17. Pursuant to the Rental Agreement, authorized drivers were to include individuals who were: validly licensed drivers with unrevoked, unrestricted, and active licenses; 18 years of age, or older; and properly licensed and qualified.  Exhibit A, *Rental Agreement, Terms and Conditions, Sec. 5.*

18. On or sometime before February 26, 2021, CNJ Transport was a furniture delivery company who employed co-defendant Barros as a company driver and co-defendant Cancel as a helper/mover.

19. Prior to February 26, 2021, Juan Ramirez, owner and operator of CNJ, notified co-defendant Cancel that he was not permitted nor authorized to drive the truck at any time due to his failure to meet the requirements under the terms and conditions of the Rental Agreement.

20. As of February 26, 2021, Cancel did not have an active driver's license.

**E.    *DAWN FLAGG V. WILFRED CANCEL, ET AL*. AND *RAPHAEL BARROS V. WILFRED CANCEL, ET AL.* LITIGATION**

21. On or about March 17, 2023, Dawn Flagg brought suit against Budget Truck, ABG, Suntrust, Cancel, Barros, and CNJ Transport in *Dawn Flagg v. Wilfred Cancel, et al.* (Judicial District of New Haven: NNH-CV23-6131119-S) ("Flagg"). On October 11, 2022 Raphael Barros brought suit against Budget Truck, ABG, Truist Equipment Finance Corp. d/b/a Suntrust, Cancel,

and CNJ Transport for the same incident in *Raphael Barros v. Wildfred Cancel, et al.* (Judicial

District of New Haven: NNH-CV22-6127199-S ("Barros").

22. The complaints in *Flagg* and *Barros* allege that the plaintiffs, Dawn Flagg and

Raphael Barros, were injured as a result of a motor vehicle accident that occurred on February

26, 2021. *Complaint*; Exhibit C, *Barros v. Cancel, et al. Complaint.*

23. In both *Flagg* and *Barros,* Flagg and Barros allege that on the date in question the co-

defendant, Cancel was operating the 2019 International Model 3800 SBA 4x truck bearing

Oklahoma License Plate No. 3BZ473 northbound on Old Colony Road in Meriden, Connecticut.

24. On said date and time, both Flagg and Barros allege that Cancel was operating the

truck in question as an employee of the co-defendant, CNJ Transport, LLC and/or Juan Ramirez.

25. On said date and time, Flagg and Barros allege Cancel lost control of the truck when

it ran off the road, crossed the front parking lot of Nelcon Service Center at784 Old Colony

Road, and struck a Hino flatbed truck and concrete retaining wall.

26. On said date and time in question, Dawn Flagg was standing in the parking lot of the

Nelcon Service Center.

27. The force of the impact caused the Hino flatbed truck to rotate clockwise, striking

Dawn Flagg and pinning her between the Hino flatbed truck and the building's concrete retaining

wall, resulting in injuries to Ms. Flagg.

28. The complaint in *Flagg v. Cancel, et al.* is attached as Exhibit B.

29. At the same date and time in question, Barros was a passenger in the truck driven by

Cancel and alleges injuries as result of truck's collision with the Hino truck and retaining wall.

30. The complaint in *Raphael Barros v. Wilfred Cancel, et al*. is attached as Exhibit C.

## COUNT 1 – DECLARATORY JUDGMENT

31. The plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 30 and incorporates them herein by reference.

32. An actual controversy under 28 U.S.C. § 2201 exists as to the coverage obligations of Budget Truck to the defendants Cancel, Barros, and CNJ Transport in *Flagg* and *Barros*.

33. It is the position of Budget Truck that they have no obligation to defend or indemnify the defendants against any of the claims raised against them in the *Flagg* and *Barros* litigation, while the defendants desire Budget Truck to do so.

34. Applying the terms of the Rental Agreement, at the time the accident occurred Cancel was an unauthorized driver and in violation of the terms and conditions of the agreement under sections 4 and 5.

35. According to the terms and conditions of the rental agreement, the injuries alleged in *Flagg* and *Barros* arose out of the Cancel's nonpermissive use of the truck.

36. Due to the breach of the Rental Agreement terms and conditions, Budget Truck is relieved of any obligation to indemnify or provide liability protection and/or supplemental liability insurance coverage to the defendants in *Flagg* or *Barros*.

37. Due to the breach of the Rental Agreement terms and conditions, Budget Truck is under no duty to defend the defendants in *Flagg* or *Barros*.

38.  Under a reservation of rights, Budget Truck has provided the defendants with a defense in the *Flagg* and *Barros* litigation.

39. Due to the breach of the Rental Agreement terms and conditions, Budget Truck is relived of any obligation to provide the minimum financial responsibility limits of $25,000 per person/$50,000 per accident in *Flagg* or *Barros*.

## PRAYER FOR RELIEF

**WHEREFORE**, under 28 U.S.C. § 2201, Budget Truck Rental, LLC, prays for the following

relief:

a. A judgment declaring Wilfred Cancel was both "an unauthorized" and "nonpermissive"

   driver in violation of the terms of the Rental Agreement;

b. The bodily injuries which the plaintiffs allege in *Flagg v. Cancel, et al.* and *Barros v.*

   *Cancel, et al.*, arose out of Wilfred Cancel's unauthorized and nonpermissive use of the

   Budget Truck under the terms of the Rental Agreement;

c. Pursuant to the Rental Agreement, Budget Truck has no duty to defend or indemnify

   Wilfred Cancel, CNJ Transport, and Raphael Barros against the claims made in the *Flagg*

   *v. Cancel, et al*. and *Barros v. Cancel*, *et al.* matters; and

d. Awarding Budget Truck all other and further relief allowed by law or equity which the

   Court deems just and proper under the circumstances.


THE PLAINTIFF,
BUDGET TRUCK RENTAL, LLC


By        /s/        CT 31061
Nathan S. Rosadini, Esq.
Milano & Wanat LLC
471 E Main Street
Branford, CT 06405
(203) 315-7000
nrosadini@mwllc.us